**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| T. MATTHEW PHILLIPS, )<br> )<br> Plaintiff, )<br> vs. )<br> )<br>NUTRANEXT, LLC, *et al.*, )<br> )<br> Defendants. ) | Case No.: 2:20-cv-00348-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, (ECF No. 14), which recommends that this case be remanded for failure to show by a preponderance of the evidence that the amount in controversy exceeds $75,000, as required by 28 U.S.C. § 1332.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

///

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 14), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that this action be **REMANDED** to Clark County District Court.  The Clerk of the Court shall remand this action and thereafter close this Court's case.

**DATED** this ___5___ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court